FILED

01/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0059

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0059

STATE OF MONTANA,

Plaintiff and Appellee,

v.

THOMAS RICHARD FERRIS,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 28, 2022, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 20 2022